548 A.2d 545

**Thomas Edward HAYTHORN, Appellant,**

**v.**

**MIDWEST MUTUAL INSURANCE COMPANY and Erie Insurance Company.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1988.

Decided Oct. 20, 1988.

Reargument Denied Dec. 23, 1988.*

Barry M. Simpson, Diana F. Wilkins, Brennan, Robins & Daley, Pittsburgh, for appellant.

Gayle L. Godfrey, Weis & Weis, Pittsburgh, for Midwest Mut. Ins. Co.

Maury D. Nusbaum, Rosenberg, Kirshner, P.A., Pittsburgh, for Erie Ins. Co.

* Larsen and Papadakos, JJ., dissent and would grant reargument.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent.